UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Lonnie Lee Byers,** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:11cv00252 CEJ |
| | ) | |
| **Fortis Plastics, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on 02/08/2011, and assigned to the Honorable Carol E. Jackson. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division cause number.

**IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No. 1:11cv00028 SNLJ. The Honorable Stephen N Limbaugh, Jr. will preside.

Case No. 4:11cv00252 CEJ is hereby administratively closed. Judge Jackson's name will be replaced for future assignment.

Dated this 15th day of February, 2011.

JAMES G. WOODWARD
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. 1:11cv00028 SNLJ in all future matters concerning this case.